IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MEG GUNITE, DBA EGALE SHOTCRETE INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 06-832 T |
| | ) | (Judge Allegra) |
| COMMISSIONER OF THE INTERNAL REVENUE SERVICE | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jennifer Dover Spriggs attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jennifer Dover Spriggs, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: December 22 , 2006

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-0840
(202) 514-9440 fax