IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-832 T

(Judge Francis M. Allegra)

MEG GUNITE, DBA EAGLE SHOTCRETE INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of sixty days from February 5, 2007, to and including April 6, 2007, within which to file its answer or other response in the above-captioned case. This is the first enlargement of time requested for this purpose.

In support of this motion, defendant states that its trial attorney has not yet received from the Internal Revenue Service ("IRS") the administrative files and the defense recommendation which are necessary to prepare a meaningful response to the complaint. Counsel for the IRS advised that the IRS is continuing its search for the complete administrative file which is necessary in order to prepare its defense recommendation. Defendant's trial attorney expects to

receive the full administrative file and the defense recommendation and to respond to the complaint within the time requested.

Plaintiff's counsel has authorized us to state that plaintiff has no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
GEORGE R. STEWART
Reviewer

s/George R. Stewart
Of Counsel

January 31, 2007