# In The United States Court of Federal Claims

No. 06-832T

(Filed: January 31, 2007)

MEG GUNITE, DBA EAGLE
SHOTCRETE INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 31, 2007, defendant filed a motion for an enlargement of time to respond to plaintiff's complaint to and including April 6, 2007. Defendant's motion is hereby **GRANTED**. On or before April 6, 2007, defendant shall file its response. **No further enlargement of this deadline will be granted.**

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge