IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-832 T

(Judge Francis M. Allegra)

MEG GUNITE, DBA EAGLE SHOTCRETE INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT MOTION FOR RELIEF FROM COURT ORDER AND
JOINT MOTION FOR ENLARGEMENT OF TIME

The parties respectfully move for relief from the Court's order of January 31, 2007, so that plaintiff may promptly file an amended complaint in this action. Plaintiff moves for an enlargement of time of 30 days from April 6, 2007, to and including May 6, 2007, within which to file an amended complaint and the United States moves for an enlargement of time of sixty days from April 6, 2007, to and including June 5, 2007, within which to file its answer or other response in the above-captioned case. This is the first enlargement of time requested for these purposes.[1]

[1] This is the first enlargement of time filed with respect to the amended complaint which plaintiff intends to file.

In support of this motion, the parties state that they have discussed the requirements set forth in RCFC 9(h)(6) with respect to tax refund suits. Based upon that discussion, and in an attempt to resolve procedural issues without Court intervention, plaintiff's counsel proposed that on or before May 6, 2007, plaintiff will file an amended complaint in accordance with the requirements of RCFC 9(h)(6). Therefore, the parties seek relief from the Court's order of January 31, so that plaintiff may file an amended complaint after the April 6, 2007, deadline, and to allow the United States additional time to respond to the amended complaint which plaintiff intends to file.

WHEREFORE, the parties request that their joint motion be granted and that the scheduling order be revised as follows:

1. Plaintiff will file an amended complaint on or before May 6, 2007.

2. Defendant will file its answer or other response to the amended complaint on or before June 5, 2007.

Respectfully submitted,

3/21/2007
Date

s/Jeffrey D. Moffatt
JEFFREY D. MOFFATT, ESQUIRE
43625 n. Sierra Highway
Suite A
Lancaster, California 93534

(661) 945-6121

Attorney for Plaintiff

3/21/2007
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
GEORGE R. STEWART
Reviewer

3/21/2007
Date

s/George R. Stewart
Of Counsel

Attorneys for Defendant