# In The United States Court of Federal Claims

No. 06-832T

(Filed: March 26, 2007)

MEG GUNITE, DBA EAGLE SHOTCRETE INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On March 21, 2007, the parties filed a joint motion for establishing deadlines for plaintiff to file an amended complaint and for defendant to file its response to the amended complaint. The parties' motion is hereby **GRANTED**, in part, **DENIED**, in part. **No further enlargement of these deadlines will be granted.** Accordingly,

1. On or before April 9, 2007, plaintiff shall file its amended complaint; and

2. On or before May 14, 2007, defendant shall file its response to plaintiff's amended complaint.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge