**Jeffrey D. Moffatt, Attorney**

RECEIVED OSC 40
SEP 27 2006
OP's 1 Dept 2
IRS OGDEN, UTAH

RECEIVED
SEP 25 2006
OGDEN, UT
824 IRS-OSC

9-18-06
Internal Revenue Service,
Ogden, UT 84201-0039

RE: Meg Gunite, DBA Eagle Shotcret
EIN: 95-4853907

THIRD REQUEST FOR ABATEMENT AND REFUND OF MONEY

I THANK YOU FOR YOUR ASSISTANCE ON THIS CASE.

I have sent the service letters on with at least one on 11/5/05 addressing an abatement and refund of money. I am officially requesting that a refund be made on the 941 first, second and fourth quarters of 2003 be refunded in the amount of $500. each. I have enclosed an 843, however given that 6 months has already expired, my contention is that I do not need to wait yet another 180 days to file suit for this refund.

I know that 1500.00 was paid, and have enclosed copies of their respective checks.

I have also requested interest abatement, and no time frame is needed to file suit when you have failed to comply. I however am giving your department yet another opportunity to correct its error.

Should you have any questions please do not hesitate to contact me at the number below. Also my direct facsimile telephone number is: (661) 945-3019.

Respectfully submitted,

LAW OFFICES OF JEFFREY D. MOFFATT

Jeffrey D. Moffatt, Attorney

- Areas of Practice: Tax Law / Military &Veterans Law / Pension Benefits (ERISA-LAW) / Qui-Tam Law / Grant Law / Arizona Law.

- Bar Admission: U.S. Court of Federal Claims / U.S. Tax Court / U.S. Court of Appeals for Veterans Claims, U.S. Court of Appeals for the Armed Forces & Supreme Court of Arizona.

- Other Office Location: 7702 E. Doubletree Ranch Road, Suite 300-05
  Scottsdale, AZ 85258
  Telephone No.: (480)-626-4844

COMPLEX INTEREST RECEIVED
OCT 17 2006
ACCOUNTS MANAGEMENT OGDEN

43625 N. Sierra Hwy, Ste A.
Lancaster, CA 93534

Phone: (661)945-6121
Fax: Telephone # (661)945-3019

**EAGLE SHOTCRETE**
(661) 254-7526
24827 SAN FERNANDO RD, #212
SANTA CLARITA, CA 91321

**CITY NATIONAL BANK**
STUDIO CITY (818) 487-7500
12001 VENTURA PLACE
STUDIO CITY, CA 91604
16-1606/1220

1226

1/11/2005

PAY TO THE ORDER OF INternal Revenue Service $ **500.00

Five Hundred and 00/100************************************************************************************ DOLLARS

INternal Revenue Service

MEMO First Quarter 2003 March 2005 payment

AUTHORIZED SIGNATURE

⑈001226⑈ ⑆122016066⑆ 010⑈917840⑈

**EAGLE SHOTCRETE** 1226

| | | | | |
|---|---|---|---|---|
| INternal Revenue Service | | | 1/11/2005 | |
| 2100 · Payroll Liabilities:Payroll Taxes | First Quarter 2003 | | | 500.00 |
| New Account (General | First Quarter 2003 | | | 500.00 |

MINISTERIAL CLAIM CRITERIA
NOT MET, ERRONEOUS REFERENCE
TO REV PROC 87-42/IRC 6404(e)(1)
Per IAC
RESTRICTED INTEREST TEAM, OSC

Form **843**
(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

OMB No. 1545-0024

► **See separate instructions.**

*Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>**Meg Gunite** | Your SSN or ITIN |
| Address (number, street, and room or suite no.)<br>**c/o Jeff Moffatt, Esq. 43625 N Sierra Hwy, Suit a** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>**Lancaster, CA 93534** | Employer identification number (EIN)<br>**95** : |
| Name and address shown on return if different from above | Daytime telephone number<br>( **661** ) **9456121** |

**1 Period.** Prepare a separate Form 843 for each tax period
From **09 / 01 / 03** to **12 / 31 / 03**

**2** Amount to be refunded or abated
$ **500.**

**3a** Type of tax, penalty, or addition to tax:
☐ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☑ Penalty—IRC section ► ____________

**b** Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☑ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

**4a** Request for abatement or refund of:
☑ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ► **see attached**

**5 Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**See attached copy of checks**

RECEIVED OSC 40
SEP 27 2006
OP's 1 Dept 2
IRS OGDEN, UTAH

COMPLEX INTEREST
RECEIVED
OCT 17 2006
ACCOUNTS MANAGE... ..
OGDEN

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Jeff J. Moffatt, Esq. — 9-19-03

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) — Date

Signature — Date

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 10180R Form **843** (Rev. 11-2005)

EXHIBIT 2P 3 OF 9

MINISTERIAL CLAIM CRITERIA
NOT MET. ERRONEOUS REFERENCE
TO REV PROC 87-42 IRC 6404(e)(1)
or IAC
RESTRICTED INTEREST TEAM, OSC

Form **843**
(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>**Meg Gunite** | Your SSN or ITIN |
| Address (number, street, and room or suite no.)<br>**c/o Jeff Moffatt, Esq. 43625 N Sierra Hwy, Suit a** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>**Lancaster, CA 93534** | Employer identification number (EIN)<br>**95** |
| Name and address shown on return if different from above | Daytime telephone number<br>( **661** ) **9456121** |

**1 Period.** Prepare a separate Form 843 for each tax period
From **1** / **01** / **03** to **03** / **30** / **03**

**2** Amount to be refunded or abated $ **500.**

**3a** Type of tax, penalty, or addition to tax:
☐ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☑ Penalty—IRC section ▶ ____________

**b** Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☑ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

**4a** Request for abatement or refund of:
☑ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ **see attached**

**5 Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**See attached copy of checks**

COMPLEX INTEREST
RECEIVED
OCT 17 2006
ACCOUNTS MANAGEMENT
OGDEN

RECEIVED OSC 40
SEP 27 2006
OP's 1 Dept 2
IRS OGDEN, UTAH

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Jeff V. Moffatt ____________ 9-19-06
Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

____________
Signature Date

MINISTERIAL CLAIM CRITERIA
NOT ERRONEOUS REFERENCE
TO REV PROC 87-42/IRC 6404(e)(1)
Per IAC
RESTRICTED INTEREST TEAM, OSC

Form **843** (Rev. November 2005)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

► See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>**Meg Gunite** | Your SSN or ITIN |
| Address (number, street, and room or suite no.)<br>**c/o Jeff Moffatt, Esq. 43625 N Sierra Hwy, Suit a** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>**Lancaster, CA 93534** | Employer identification number (EIN)<br>**95** |
| Name and address shown on return if different from above | Daytime telephone number<br>( **661** ) **9456121** |

**1 Period.** Prepare a separate Form 843 for each tax period
From **4** / **01** / **03** to **06** / **30** / **03**

**2** Amount to be refunded or abated $ **500.**

**3a** Type of tax, penalty, or addition to tax:
☐ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☑ Penalty—IRC section ►

**b** Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☑ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☐ Other (specify)

**4a** Request for abatement or refund of:
☑ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ► **see attached**

**5 Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**See attached copy of checks**

COMPLEX INTEREST
RECEIVED
OCT 17 2006
ACCOUNTS MANAGEMENT
OGDEN

RECEIVED OSC 40
SEP 27 2006
OP's 1 Dept 2
IRS OGDEN, UTAH

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date 9-19-06

Signature Date

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 10180R Form **843** (Rev. 11-2005)

EXHIBIT 2P 5 OF 9

**EAGLE SHOTCRETE**
(661) 254-7526
24827 SAN FERNANDO RD, #212
SANTA CLARITA, CA 91321

**CITY NATIONAL BANK**
STUDIO CITY (818) 487-7500
12001 VENTURA PLACE
STUDIO CITY, CA 91604
16-1606/1220

1228

1/11/2005

PAY TO THE ORDER OF INternal Revenue Service $**500.00

Five Hundred and 00/100*************************************************************************************** DOLLARS

INternal Revenue Service

MEMO Fourth Quarter 2003 - January 2005 payment

AUTHORIZED SIGNATURE Joe Correa

⑈001228⑈ ⑆122016066⑆ 010⑈917840⑈

**EAGLE SHOTCRETE** 1228

INternal Revenue Service 1/11/2005

2100 · Payroll Liabilities:Payroll Taxes Fourth Quarter 2003 500.00

New Account (General Fourth Quarter 2003 500.00

1227

**EAGLE SHOTCRETE**
(661) 254-7526
24827 SAN FERNANDO RD, #212
SANTA CLARITA, CA 91321

**CITY NATIONAL BANK**
STUDIO CITY (818) 487-7500
12001 VENTURA PLACE
STUDIO CITY, CA 91604
16-1606/1220

1/11/2005

$ **500.00

PAY TO THE ORDER OF INternal Revenue Service

Five Hundred and 00/100*************************************************************************************** DOLLARS

INternal Revenue Service

MEMO Second Quarter 2003 Feb 2005 Payment

AUTHORIZED SIGNATURE

⑈001227⑈ ⑆122016066⑆ 010⑈917840⑈

Details on Back. Security Features Included

**EAGLE SHOTCRETE** 1227

INternal Revenue Service 1/11/2005 500.00

2100 · Payroll Liabilities:Payroll Taxes Second Quarter 2003

New Account (General Second Quarter 2003 500.00

**EAGLE SHOTCRETE**
(661) 254-7526
24827 SAN FERNANDO RD, #212
SANTA CLARITA, CA 91321

**CITY NATIONAL BANK**
STUDIO CITY (818) 487-7500
12001 VENTURA PLACE
STUDIO CITY, CA 91604
16-1606/1220

1226

1/11/2005

PAY TO THE ORDER OF INternal Revenue Service $ **500.00

Five Hundred and 00/100*************************************************************************************** DOLLARS

INternal Revenue Service

MEMO First Quarter 2003 March 2005 payment

AUTHORIZED SIGNATURE Joe Correa

⑈001226⑈ ⑆122016066⑆ 010⑈917840⑈

**EAGLE SHOTCRETE** 1/11/2005 1226

INternal Revenue Service 500.00

2100 · Payroll Liabilities:Payroll Taxes First Quarter 2003

New Account (General First Quarter 2003 500.00

Jeff Moffatt, Tax Attorney /
Mediator
43625 N Sierra Hwy. STE. A
Lancaster, CA 93534

UNITED STATES POSTAGE
122
6060 9 $01.83[0] PB3477487 SEP 19 06
09/25/2006 MAILED FROM ZIP CODE 93534

Internal Revenue Service,
Ogden, UT 84201-0039