OGDEN UT 84201-0038

In reply refer to: 0435603901
Nov. 01, 2006 LTR 916C Q1
95-4853907 200303 01 000 1
Input Op: 0435629720 09945
BODC: SB

MEG GUNITE
DBA EAGLE SHOTCRETE INC
% JEFFREY DEAN MOFFATT
LAW OFFICES JEFF MOFFATT
43625 SIERRA HWY STE A
LANCASTER CA 93534-5073

| | | |
|---|---|---|
| Taxpayer Identification Number: | 95-4853907 | |
| Kind of Tax: | 941 | |
| Amount of Claim(s): | $ 500.00 | 500.00 |
| | 500.00 | |
| Date Claim(s) Received: | Sep. 25, 2006 | |
| Tax Period(s) Ending: | Mar. 31, 2003 | June 30, 2003 |
| | Dec. 31, 2003 | |

Dear Taxpayer:

We are unable to process your claim for the tax period(s) shown above because your supporting information was not complete. If you have more information you did not send with this claim, you may file another claim and attach your information.

The claim must be signed by a corporate officer and must provide suffiecient information to indicate the exact basis of the claim. It must have the support of the law, such as reference to applicable sections of the Internal Revenue Code or Revenue Regulations.

The law allows you to file a claim for a refund of taxes you paid. The law does not allow you to file a claim to reduce the tax you owe. If you disagree with the amount of tax you owe, you may appeal our decision. To appeal our decision, you must first pay the tax you owe, then file an amended return with supporting information to claim a refund. We must receive your claim within three years from the date you filed your return or two years from the date you paid your tax.

The law allows you to file a claim for a refund of penalties you have paid. The law does not allow you to file a claim for refund prior to paying the penalty. To appeal the penalty, you must first pay the penalty and then file a claim for refund with supporting information. We must receive your claim within two years from the date you paid the penalty.

The amount you owe for tax period March 31, 2003 is $23,434.90, the amount you owe for tax period June 30, 2003 is $41,576.64 these figures include penalties and interest figured to Nov. 24. 2006.

The amount you now owe for tax period Dec. 31, 2003 is $23,611.04. The amount you owe includes penalty and interest figured to Nov. 24, 2006. Interest and penalty will continue until you pay the

0435603901
Nov. 01, 2006 LTR 916C Q1
95-4853907 200303 01 000 1
Input Op: 0435629720 09946

MEG GUNITE
DBA EAGLE SHOTCRETE INC
% JEFFREY DEAN MOFFATT
LAW OFFICES JEFF MOFFATT
43625 SIERRA HWY STE A
LANCASTER CA 93534-5073

entire amount you owe.

We've provided a general explanation of the possible penalties and/or interest included in the current balance due on your account. If you would like a specific explanation of how the amounts were computed on your account, please contact us at the toll-free number shown in this letter and we will send you a detailed computation.

** Paying Late -- IRC Section 6651(d) **

Initially, the penalty is 1/2% of the unpaid tax for each month or part of a month the tax isn't paid.

If we issue a Notice of Intent to Levy and the balance due isn't paid within 10 days from the date of the notice, the penalty increases to 1% a month.

The penalty can't be more than 25% of the tax paid late.

** Filing and Paying Late -- IRC Section 6651 **

We charge a 5% combined penalty of 4 1/2% for filing late and 1/2% for paying late when a return is filed late and the tax is not paid by the due date of the return. The combined penalty is 5% of the unpaid tax for each month or part of a month the return is late, but not more than 5 months, which would total 25% (22 1/2% late filing and 2 1/2% late paying).

In addition to the 22 1/2% late filing penalty for the first 5 months a return is late, we continue to charge the 1/2% late paying penalty for each month or part of a month for as long as the tax is unpaid, but not for more than 25%.

The maximum penalty we can charge is 47 1/2% (22 1/2% late filing plus 25% late paying).

** Partnership Late Filing -- IRC Section 6698(b) **

The penalty for late filing of a partnership return is $50 for each person who was a partner at any time during the year, for each month or part of a month the return was filed late, for up to 5 months.

** Interest -- IRC Section 6601 **

0435603901
Nov. 01, 2006 LTR 916C Q1
95-4853907 200303 01 000 1
Input Op: 0435629720 09947

MEG GUNITE
DBA EAGLE SHOTCRETE INC
% JEFFREY DEAN MOFFATT
LAW OFFICES JEFF MOFFATT
43625 SIERRA HWY STE A
LANCASTER CA 93534-5073

We charge interest when tax is not paid on time. We figure interest from the due date of the return (regardless of extensions) to the date we receive full payment or the date of the notice.

If you have any questions, please call D. Murakami at 801-620-4213 between the hours of 8:30 AM and 4:00 PM MT. If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (    )______________________________ Hours____________________

Thank you for your cooperation.

Sincerely yours,

Diane Elm

Diane Elm
Accounts Management I

Enclosure(s):
Copy of this letter
Publication 1
Envelope
Your Claim