Department of the Treasury

Internal Revenue Service
OIC Group 3000, Stop SA-6211
4330 Watt Ave.
Sacramento, CA 95821-7012

Date of this Letter: SEP 22 2006

Person to Contact:
Sharon Williams-Lewis
Employee #: 94-08567
Phone#: (916)974-5087
07:30am-06:00pm Mon-Thr

Taxpayer ID#: 95-4853907
Offer Number: 1000571310

MEG GUNNITE/EAGLE SHOTCRETE
% JEFF MOFFATT ESQ
43625 N SIERRA HWY STE A
24827 SAN FERNANDO RD
LANCASTER, CA 93534

Dear Meg Gunnite,

We have closed our file on your offer and are returning your Form 656, Offer in Compromise, for the following reason(s):

Federal Tax Deposits were not timely made for Forms 941 for both the 1st and 2nd quarters of 2006. This offer was submitted under the provisions that require the 2 prior quarters to meet all compliance requirements. Deposit penalties were incurred for both periods listed above.

Our records show:

You did not make timely federal tax deposits during our investigation of your offer.

If you wish to present a new offer, you must submit a new Form 656, current financial information using Form 433-A and/or Form 433-B, all required supporting financial documentation, a check for the $150 application fee, and a separate check for the 20 percent of the lump sum amount offered or your first proposed installment payment. Mail your completed forms and your checks to the address listed in the instructions to Form 656.

If you believe the return of your offer was made in error, or your failure to provide the information/substantiation we requested was due to circumstances beyond your control (your serious illness, death or serious illness of your immediate family member, or disaster) within 30 days from the date of this letter you may contact the person whose name and telephone number are shown in the upper right hand corner of this letter to request reconsideration of our decision to close your offer. You should be prepared to discuss specifics, provide verification of the circumstances beyond your control and provide the information previously requested.

continued on next page

Unless specified elsewhere in this letter, any payments made with your offer will be applied to your liability. If you have any questions, please contact the person whose name and telephone number are shown in the upper right hand corner of this letter.

Sincerely,

Glenn Brenneman

Glenn Brenneman, 68-10420
Group Manager

cc:POA

Letter RETURN(AOIC) (8-2006)