# Jeffrey D. Moffatt, Tax Attorney

11-15-05

RE: Meg Gunite

EIN: 95-4853907,

DEMAND FOR RECONSIDERATION AND REVIEW AS TO LIEN FILING, ACCORDING TO IRC 6320

Meg Gunite, has an OIC in process presently of obtaining an OIC. The periods in question, 12-31-04 and 9-30-04.

The amounts in question for 940 12-31-04 is 3817.33, and for 941 dated 9-30-04 in the amount of 740.05.

IRS 6320 allows for a review of the Lien filing.
As such my client requests for a hearing to be made available prior to the placement of this lien.

**Demand for Abatement based under Reasonable Cause IRM (20) 300**
Meg Gunite satisfies several of the tests under IRM (20) 300 and on those reasons Meg Gunite qualifies for an abatement.

**Demand for Abatement made under Code Section 6213(b)(2)(A)**
This abatement is being made under Code Section 6213(b)(2)(A).

I have received your documentation dated 1-3-2005 denying the matter. Unfortunately your Office of Chief Counsel has already provided guidance to you, as previously stated, that a request for abatement must be followed immediately. As such, please follow your own procedures and abate the penalties and interest for my client Meg Gunite.

**IRM 5176.2- Injunction from collection**
I'm sure that you are aware that your own manual IRM 5176.2 creates an injunction period when an abatement has been requested. Given that an abatement was and is requested, and yet the letters sent in 2004 seems on their face to be a violation of this injunction requirement. I request that this injunction on collections be honored until the previously requested and currently requested abatement has been complied with.

Internal Revenue Service, Office of Chief Counsel, Service Center Advise Memorandum 1998-040, April 2, 1998

**43625 N. Sierra Hwy, Ste A.**
**Lancaster, CA 93534**

**Phone: 661-945-6121**
**Fax: 661-952-9722**
**E-mail: jeffreymbajd@hotmail.com**

".. no reason for an abatement request need be given at all. This is because the right to abatement is absolute: Under section 6213(b)(2), abatement shall occur upon request, and a timely abatement request must be honored. Finally, doubt should be resolved in favor of abating the assessment and resolving the matter through normal deficiency procedures."

**Demand for waiver of penalty and interest**
This letter is in response to your notice of 1-3-2005, advising of a regarding an outstanding balance. This balance was for the tax period's 3-31-03, 6-30-03, and 12-31-03. This assessment is for penalties, alleged tax owed plus interest.

This letter is a protest to the assessment of the penalties and a request for abatement for reasonable cause shown below. The facts below establish reasonable cause supporting my request for abatement.

Given that IRS Penalty Policy Statement P-1-18 makes it clear that penalties are not to be used for the purposes of raising revenue. Rather, penalties are intended to punish noncompliance and deter potential non-compliance. The Agency's penalty programs are to focus solely on the question of whether they do the best possible job of encouraging compliant conduct.

This means the addition of penalties should not be "automatic" In cases where the facts show that actions are not deliberately negligent or intentional, the penalties do not apply and must be canceled.

Since the penalties focus upon one's good faith and reasonable cause, this is where Meg Gunite is presently in compliance.

Meg Gunite has acted under reasonable manners, and was not due to willful neglect.

***Financial difficulties can constitute reasonable cause for purposes of abatement of the penalty for underpaying employment taxes.***

Diamond Plating Co., CA-7, 2005-1 USTC ¶50,107 Dec. 10, 2004
Court of Appeals for the Seventh Circuit conceded that financial difficulties can constitute reasonable cause for purposes of abatement of the penalty for underpaying employment taxes. Given this new case law, Meg Gunite, DBA Eagle Shotcrete requests for an abatement of penalties for employment taxes because of financial difficulties they faced in 2003.

Based on the facts and circumstances, I submit that the assessed penalties for failure to pay, late payment and failure to pay in a timely manner are due to be abated for both Meg

Gunite. I hereby request that the penalties be abated, including retroactive abatement of those paid personally by Meg Gunite.

Under Penalty of perjury, I declare that all of the facts contained in this demand for abatement are true and correct in all aspect.

Sincerely,

Jeff Moffatt, Esq. Attorney for Meg Gunite

IRS Department of the Treasury
Internal Revenue Service
PO BOX 145585 STOP 8420G
CINCINNATI, OH 45250-5585

**CERTIFIED MAIL**

7178 2665 9394 6057 0010

Letter Date: 11/01/2005
Taxpayer Identification Number:
95-4853907
Contact Person:
J. LUCIDO
Employee Identification Number:
95-04694
Contact Telephone Number:
(818) 756-4575

MEG GUNITE
DBA EAGLE SHOTCRETE INC
24827 SAN FERNANDO RD
SANTA CLARITA, CA 91321-1520

001927

## Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

We filed a Notice of Federal Tax Lien on 10/25/2005

| Type of Tax | Tax Period | Amount Owed |
|---|---|---|
| 940 | 12/31/2004 | 3817.33 |
| 941 | 09/30/2004 | 745.05 |

The lien attaches to all the property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.

You have a right to request a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, *Collection Appeal Rights.*

If you want to request a hearing, please complete the enclosed form 12153, *Request for a Collection Due Process Hearing,* and mail it to:

Internal Revenue Service
6230 VAN NUYS BLVD
VAN NUYS, CA 91401

You must request your hearing by 12/01/2005.

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days after you pay the full amount owed. To get the current amount owed, contact the person whose name and telephone number appear at the top of this letter.

(over)

# Request for a Collection Due Process Hearing

Use this form to request a hearing with the IRS Office of Appeals only when you receive a **Notice of Federal Tax Lien Filing & Your Right To A Hearing Under IRC 6320**, a **Final Notice - Notice Of Intent to Levy & Your Notice Of a Right To A Hearing**, or a **Notice of Jeopardy Levy and Right of Appeal**. Complete this form and send it to the address shown on your lien or levy notice for expeditious handling. Include a copy of your lien or levy notice(s) to ensure proper handling of your request.

*(Print)* Taxpayer Name(s): **Meg gunite**

*(Print)* Address: **C/o Jeffrey D. Moffatt, Esq 43625 N Sierra Hwy, Suite A, Lancaster CA 93534**

Daytime Telephone Number: **661 9456121** Type of Tax/Tax Form Number(s): **940,941**

Taxable Period(s): **12-31-2004, 9/30/2004**

Social Security Number/Employer Identification Number(s): **95-4853907**

Check the IRS action(s) that you do not agree with. Provide specific reasons why you don't agree. If you believe that your spouse or former spouse should be responsible for all or a portion of the tax liability from your tax return, check here [__] and attach Form 8857, Request for Innocent Spouse Relief, to this request.

X **Filed Notice of Federal Tax Lien (Explain why you don't agree. Use extra sheets if necessary.)**

____ **Notice of Levy/Seizure (Explain why you don't agree. Use extra sheets if necessary.)**

I/we understand that the statutory period of limitations for collection is suspended during the Collection Due Process Hearing and any subsequent judicial review.

Taxpayer's or Authorized Representative's Signature and Date: [signature] 11-15-05

Taxpayer's or Authorized Representative's Signature and Date: ____________________

IRS Use Only:

IRS Employee *(Print)*: ____________________ IRS Received Date: ____________________

Employee Telephone Number: ____________________