

# Jeffrey D. Moffatt, Attorney

June 5, 2006 (Monday)

M. Israelski
Internal Revenue Service
Group 32 OIC
225 W. Broadway, Third Floor
Glendale, California 91204

RE: MEG GUNNITE DBA EAGLE SHOTCRETE
EIN: 95-4853907
OFFER: 1000512581

Dear Mr. Israelski:

This letter is in follow up to my May 16, 2006 correspondence requesting information on the status of the above case, as it relates to an Offer in Compromise (OIC). I originally asked to be advised of the status of my appeal regarding denial of the OIC back in December of last year. The May 16th letter was my second request and this letter will be my third requests. Once again I would appreciate a response from you promptly.

Should you have any questions, please do not hesitate to contact me at the number below. My private fax telephone number is (661) 945-3019.

Respectfully submitted,

LAW OFFICES OF JEFFREY D. MOFFATT

Jeffrey D. Moffatt, Attorney

- ***Areas of Practice:*** *Tax Law / Military & Veterans Law / Pension Benefits (ERISA-LAW) / Qui-Tam Law / Grant Law*

JDM: jh

43625 N. Sierra Hwy, Ste A.
Lancaster, CA 93534

Phone: 661-945-612
Fax: [redacted] 940-491
E-mail: jeffreymbajd@hotmail.co



**Jeffrey D. Moffatt, Attorney**

May 16, 2006 (Tuesday)

M. Israelski
Internal Revenue Service
Group 32 OIC
225 W. Broadway, Third Floor
Glendale, California 91204

RE: MEG GUNNITE DBA EAGLE SHOTCRETE
EIN: 95-4853907
OFFER: 1000512581

Dear Mr. Israelski:

In a letter dated December 29, 2005 I asked to be advised once you submitted my request for appeal regarding the denial of the OIC for the above case. It has been five months since then and, as of the above date, I have not received any correspondence from you. I would like to know it my appeal has been submitted and the status. I look forward to a response from you by June 15, 2006.

Should you have any questions, please do not hesitate to contact me at the number below. My private fax telephone number is (661) 945-3019.

Respectfully submitted,

LAW OFFICES OF JEFFREY D. MOFFATT

Jeffrey D. Moffatt, Attorney

- ***Areas of Practice:*** *Tax Law / Military & Veterans Law / Pension Benefits (ERISA-LAW) / Qui-Tam Law / Grant Law*

JDM: jh

43625 N. Sierra Hwy, Ste A.
Lancaster, CA 93534

Phone: 661-945-6121
Fax: [redacted] 940-4916
E-mail: jeffreymbajd@hotmail.com

**Jeffrey D. Moffatt, Attorney**

12-29-05

IRS
C/O M Israelski
GROUP 32 OIC
225 W. Broadway, Third Floor
Glendale, CA 91204

Sent fed ex ground:

RE: Meg Gunnite
Eagle Shotcrete
EIN 95-4853907
Offer 1000512581

I sent a letter on 12-23-05 regarding my

OFFICIAL APPEAL REGARDING DENIED OIC

I have not had a response as of yet. I would appreciate you advising me that you have received this letter and properly submitted my request to Appeals.

Respectfully submitted,

Jeff Moffatt

CC: Eagle Shotcrete

43625 N. Sierra Hwy, Ste A.
Lancaster, CA 93534

Phone: (661)945-6121
Fax: Telephone # (661)940-4916
Alternate Fax # (661)945-3019

ɾom: (661)945-6121
jeff Moffatt
Law Office of Jeff Moffatt
43625 N. Sierra Hwy, Suite A

Lancaster, CA 93534

FedEx Ground

G

CLS102705/09/16

Ship Date: 29DEC05
Actual Wgt: 1.0 LB
System#: 4546800/INET2300
Account#: S *********

Invoice #
Reference # Meg Gunnite
PO #
Dept # Ship ID

SHIP TO: (818)265-2335
M. Israelski Group 32 OIC
IRS
225 W. Broadway, Third Floor

Glendale, CA 91204

(9612019) 4533997 10001086

GND 019 1 of 1

Prepaid

hipping Label: Your shipment is complete

. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
'. Fold the printed page along the horizontal line.
. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Varning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result ı additional billing charges, along with the cancellation of your FedEx account number.**

**ЛPORTANT: At the end of each business day, select "Ground End of Day Close" to transmit your shipping data. Then, print the Pickup Manifest that appears. his document is required when your shipment is tendered to FedEx. To access the "Ground End of Day Close" button, click the "Go to next steps" button on ıe shipping label screen, or click the "Track/History tab."**

**OTE:Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon ꞁquest. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or ıisinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including mitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any pecial, incidental, or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest ıcome or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set ırth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.**

12-23-05

**Jeffrey D. Moffatt, Attorney**

IRS

GROUP 32 OIC
225 W. Broadway, Third Floor
Glendale, CA 91204

RE: Meg Gunnite
Eagle Shotcrete
EIN 95-4853907
Offer 1000512581

OFFICIAL APPEAL REGARDING DENIED OIC

M. Israelski,

I see in this letter, someone acting on your capacity sent a denial regarding my clients OIC. This letter is an official request for an APPEAL.

If the facts are examined, my client actually has paid its quarterly taxes on time. There was an incident where my client uses an out of state bank, based on the East Coast. Money was sent to them on the day in question before 5:00, however because of the 3-hour difference in time, that bank forwarded the money to the IRS the next business day.

The fact we are acting in a global economy, which requires accommodation, and flexibility when dealing with various time zones, failing to exercise that flexibility I believe is a blatant misuse of the OIC Process. This is tantamount to manufacturing a reason for the denial of an OIC.

As such, I respectfully request this file be sent immediately to appeals. At appeals I will provide the documentation to back up the delay, which was beyond the control of my client.

Respectfully submitted,

Jeff Moffatt

CC: Eagle Shotcrete

EXHIBIT 6P 5 OF 6

43625 N. Sierra Hwy, Ste A.
Lancaster, CA 93534

Phone: (661)945-6121
Fax: Telephone # (661)940-4916
Alternate Fax # (661)945-3019

**Jeffrey D. Moffatt, Attorney**

10-13-05

IRS
COIC
PO Box 30803, AMC
Memphis, TN 38130-0830

RE: Offer 1000512581

You advised the offer for Meg Gunite, was returned because the 2002 returns were not filed. Enclosed is a copy of the 2002 return, as well as a copy of the certified return receipt for this same tax return.

Please accept this document as a request to reopen the OIC, given that the reason for denial has proven to be in error.

Respectfully submitted,

Jeff Moffatt, Esq.

43625 N. Sierra Hwy, Ste A.
Lancaster, CA 93534

Phone: 661-945-612
Fax: 661-952-9722 or 940-491
E-mail: jeffreymbajd@hotmail.con