**Jeffrey D. Moffatt, Tax Attorney**

8-16-05
Internal Revenue Service
6230 Van Nuys Blvd
Van Nuys Ca 91401
c/O Joe Lucido

RE: Eagle Shotcrete

EIN: 95-4853907

Joe,

Please resubmit my clients oic. Enclosed you will find the 2003 tax return which was already filed, a valid extension on tax year 2004, along with a check for $150., despite the fact the oic should not have been rejected in the first place.

Respectfully submitted,

Jeff Moffatt.

exhibit 7p

Phone: 661-945-612
Fax: 661-952-972
E-mail: jeffreymbajd@hotmail.cor

43625 N. Sierra Hwy, Ste A.
Lancaster, CA 93534