DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

SMALL BUSINESS / SELF-EMPLOYED DIVISION

write letter - Meg Gunnite

Date: June 09, 2006

Mr. Jeffrey D. Moffatt
43625 North Sierra Highway
Suite A
Lancaster, CA 93534

---

Dear Mr. Moffatt:

I have received your letter dated May 16, 2006 regarding the status of Meg Gunnite DBA Eagle Shotcrete.

The offer that was submitted last year does not have a pending appeal. The offer was returned due to a balance owing for 01/200506 and an unfiled/delinquent return for 01/200509. There is no open investigation. A "returned" offer has no Appeal rights.

Sincerely,

L. Wagner
OIC Specialist
Employee ID#: 95-02986

RECEIVED 6/13/06

EXHIBIT 8P