# In The United States Court of Federal Claims

No. 06-832T

(Filed: July 19, 2007)

MEG GUNITE, DBA EAGLE SHOTCRETE INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic preliminary status conference was held in this case on Wednesday, July 18, 2007. Participating in the conference were Jeffrey D. Moffatt, on behalf of plaintiff, and Jennifer Dover Spriggs, on behalf of defendant. Pursuant to the discussions conducted therein, on or before August 3, 2007, the parties shall file a joint status report indicating how this case should proceed and a proposed schedule for the conduct of those future proceedings.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge