IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-832 T

(Judge Francis M. Allegra)

MEG GUNITE, DBA EAGLE SHOTCRETE INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order, dated July 19, 2007, the parties submit the following proposed schedule with respect to further proceedings in this action:

1. On or before August 31, 2007, plaintiff will file a stipulation for partial dismissal of its amended complaint pursuant to RCFC 41(a)(1)(ii).

2. On or before October 30, 2007, defendant will file a dispositive motion with respect to the issues remaining in the complaint.

Respectfully submitted,

July 26, 2007
Date

s/Jeffrey D. Moffatt
JEFFREY D. MOFFATT, ESQUIRE
43625 N. Sierra Highway, Suite A
Lancaster, CA 93534

(661) 945-6121

Attorney for Plaintiff

July 26, 2007
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
GEORGE R. STEWART
Reviewer

July 26, 2007
Date

s/George R. Stewart
Of Counsel

Attorneys for Defendant