# In The United States Court of Federal Claims

No. 06-832T

(Filed: July 31, 2007)

MEG GUNITE, DBA EAGLE SHOTCRETE INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 27, 2007, the parties filed a joint status report indicating how this case should proceed and a proposed schedule for the conduct of those future proceedings. Accordingly:

1. On or before August 31, 2007, plaintiff shall file a stipulation for partial dismissal of its amended complaint pursuant to RCFC 41(a)(1)(ii).

2. On or before October 30, 2007, defendant shall file a dispositive motion with respect to the issues remaining in the complaint.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge