U.S. Department of Justice

Tax Division

*Please reply to: Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-9440*
*Trial Attorney: Jennifer Dover Spriggs*
*Attorney's Direct Line: (202) 307-0840*

EJO'C:DG:GRS:JDSpriggs
154-2544
CMN 2007100901

MAR 16 2007

**FACSIMILE AND MAIL**

Jeffrey D. Moffatt, Esquire
43625 N. Sierra Hwy
Suite A
Lancaster, CA 93534

Re: Meg Gunite, DBA Eagle Shotcrete Inc. v. United States
Fed. Cl. No. 06-832 T

Dear Mr. Moffatt:

This is written as a follow-up to the telephone messages I left with your office on March 9 and 13, 2007. In those messages, I explained that, based upon my review, the complaint in this action fails to include basic information required by RCFC 9(h)(6).[1] The complaint is vague as to the tax year and/or periods for which a refund is sought, and fails to include the amount, date and place of each payment to be refunded. In addition, the complaint fails to include the date and place each claim for refund was filed, and does not include, as an attachment, a copy of each claim for refund. As I explained in my earlier messages, as a result of these defects, the Government cannot frame a responsive pleading to the complaint filed in this action. If the parties are unable to resolve this issue by March 19, 2007, I will seek the Court's assistance pursuant to RCFC 12(e).

DEFENDANT'S EXHIBIT 1

PENGAD-Bayonne, N. J.

[1] On March 9, I left a detailed message with a paralegal in your office regarding the insufficiency of the complaint.

Sincerely yours,

Jennifer Dover Spriggs

Jennifer Dover Spriggs
Trial Attorney
Court of Federal Claims Section