IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-832 T

(Judge Francis M. Allegra)

MEG GUNITE, DBA EAGLE SHOTCRETE INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of forty-five days from October 30, 2007, to and including December 14, 2007, within which to file a dispositive motion in the above-captioned matter. This is the first enlargement of time requested for this purpose.

In support of this motion, defendant states that on August 31, 2007, plaintiff filed a "Motion For Relief From Court Order For A Stipulation of Partial Dismissal And Request To File A Second Amended Complaint" ("motion for relief"). Defendant filed an opposition to plaintiff's motion for relief. This enlargement is sought in order to allow additional time for resolution of the issues raised by plaintiff's motion for relief and defendant's opposition to that motion, both of which are pending before the Court.

Defendant's trial attorney left a telephone message for plaintiff's counsel which has not yet been answered. Therefore, plaintiff has not provided its position with respect to this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
GEORGE R. STEWART
Reviewer

s/George R. Stewart
Of Counsel

October 29, 2007